USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FORTUNE DOUBLE LTD.,                              :
                                                 :
                              Plaintiff,          :
                                                 :            1:25-cv-9655-GHW
              -against-                           :
                                                 :            ORDER
LOUIS PARIS LTD., *et al.*,                       :
                                                 :
                              Defendants.  :
                                                 :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated November 20, 2025, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 21, 2026.  The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's November 20, 2025 order forthwith and in any event no later than January 27, 2026.

SO ORDERED.

Dated:  January 23, 2026

_____
GREGORY H. WOODS
United States District Judge