UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

FORTUNE DOUBLE LTD.,                     :
                                         :
                        Plaintiff,       :
                                         :                    1:25-cv-9655-GHW
            -against-                    :
                                         :                    ORDER
LOUIS PARIS LTD., *et al.*,              :
                                         :
                        Defendants.  :
                                         :

---------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the teleconference held on February 13, 2026,

Plaintiff's request to adjourn the initial pretrial conference is granted. The initial pretrial conference

scheduled for March 17, 2026 is adjourned to March 27, 2026 at 4:30 p.m. The joint status letter

and proposed case management plan described in the Court's November 20, 2026 order are due no

later than March 20, 2026.

        SO ORDERED.

Dated: February 17, 2026
        New York, New York

_____
        GREGORY H. WOODS
        United States District Judge