**CLARK GULDIN**
Attorneys At Law
20 Church Street – Suite 15
Montclair, New Jersey 07042
(973) 707-5346 (ph)
(973) 707-7631 (fax)
*Attorneys for Plaintiff, Fortune Double International LTD*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2026

**MEMORANDUM ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FORTUNE DOUBLE INTERNATIONAL LTD.,**

Plaintiff,

vs.

**LOUISE PARIS LTD., JOSEPH BARNATHAN, SOPHIA BARNATHAN, SOLOMON BARNATHAN, LILIAN BARNATHAN, ALBERT BARNATHAN, CLAUDIA BARNATHAN, ME-JANE, LTD** and **JOHN DOES 1-10,**

Defendants.

Civil Action No.: 1:25-cv-09655

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fortune Double International Ltd. and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendants, Joseph Barnathan, Sophia Barnathan, Solomon Barnathan, Lilian Barnathan, Albert Barnathan, Claudia Barnathan, and Me-Jane, Ltd.

Dated: Montclair, New Jersey
February 12, 2026

CLARK GULDIN ATTORNEYS AT LAW
*Attorneys for Plaintiff*

By:________________________________
Jonathan A. Ozarow, Esq.
20 Church Street, Suite 15
Montclair, New Jersey 07042

Plaintiff has voluntarily dismissed its individual claims against Defendants Joseph Barnathan, Sophia Barnathan, Solomon Barnathan, Lilian Barnathan, Albert Barnathan, Claudia Barnathan and Me-Jane, Ltd. without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to remove the name of Defendants Joseph Barnathan, Sophia Barnathan, Solomon Barnathan, Lilian Barnathan, Albert Barnathan, Claudia Barnathan and Me-Jane, Ltd. from the caption of this case.

SO ORDERED.
Dated: February 19, 2026
New York, New York

________________________________
GREGORY H. WOODS
United States District Judge