**CLARK GULDIN**
Attorneys At Law
20 Church Street – Suite 15
Montclair, New Jersey 07042
(973) 707-5346 (ph)
(973) 707-7631 (fax)
*Attorneys for Plaintiff, Fortune Double International LTD*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FORTUNE DOUBLE INTERNATIONAL LTD.,**<br><br>Plaintiff,<br>vs.<br><br>**LOUISE PARIS LTD., JOSEPH BARNATHAN, SOPHIA BARNATHAN, SOLOMON BARNATHAN, LILIAN BARNATHAN, ALBERT BARNATHAN, CLAUDIA BARNATHAN, ME-JANE, LTD and JOHN DOES 1-10,**<br><br>Defendants. | Civil Action No.: 1:25-cv-09655<br><br>~~[PROPOSED]~~ FINAL JUDGMENT |

Plaintiff, Fortune Double International Ltd., having commenced this action by filing its Complaint herein, and Plaintiff and Defendants, by their respective attorneys, having consented to the entry of this Final Judgment without trial or adjudication of any issue of fact or law herein and without this Final Judgment constituting any evidence against or an admission by the Defendants with respect to any allegation of the Complaint;

**NOW, THEREFORE**, before the taking of any testimony and without trial or adjudication of any issue of fact or law herein and upon consent of the parties hereto, it is hereby ORDERED, ADJUGED AND DECREED as follows:

1. This Final Judgment applies to Louise Paris; and

2. Judgment hereby is entered in favor of Plaintiff, Fortune Double International, Ltd., and against Louise Paris, in the sum of $3,000,000.00, plus interest of nine per centum (9%) per annum, pursuant to CPLR § 5004.

Dated: February 19, 2026

_____
United States District Judge